UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BARCLAY,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:13-cv-1489 GGH P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In conjunction with an opposition to respondent's request for extension of time, petitioner included a request for summary judgment. (ECF No. 12.) The request is merely a statement, and contains no motion, statement of disputed and undisputed facts, briefing or evidence as required by Federal Rule of Civil Procedure 56 and E.D. Local Rule 260.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for summary judgment, filed November 14, 2013 (ECF No. 12), is denied without prejudice to a later review of the merits.

Dated: December 5, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076 - barc1489.msj

1